No. 436. BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE ET AL. *v.* WILSON. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Sweatt* v. *Painter,* 339 U. S. 629; *McLaurin* v. *Oklahoma State Regents,* 339 U. S. 637. *Bolivar E. Kemp, Jr.,* Attorney General of Louisiana, *Carroll Buck,* First Assistant Attorney General, *C. V. Porter* and *L. W. Brooks* for appellants. *A. P. Tureaud* and *Thurgood Marshall* for appellee.

No. 30. UNITED STATES *v.* UNITED STATES GYPSUM CO. ET AL., 340 U. S. 76. The motion of appellant for an amendment of the opinion is denied. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this motion. *Solicitor General Perlman* for the United States. *Bruce Bromley* for the United States Gypsum Co.